# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NO: 4:23-MJ-86 |
| | ) | |
| v. | ) | |
| | ) | |
| **KEITH ALAN SCORZA** | ) | |

## ORDER TO DISMISS

Leave of court is granted for the filing of the foregoing dismissal of **KEITH ALAN SCORZA**, with prejudice, from Case Number 4:23-MJ-86 due to his death on or about October 12, 2023.

So ORDERED, this 19th day of October 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA